UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| BRADLEY CANARY and ) | Case No. 11-07893-JMC-13 |
| NANCY CANARY, ) | |
| ) | |
| DEBTOR(S). ) | |

## MOTION FOR RELIEF FROM JUDGMENT ORDER

Come now the Debtors, by counsel, and in support of this Motion for Relief from Dismissal Order of this Chapter 13 Proceeding state the following:

1. Debtors filed the within captioned Chapter 13 bankruptcy proceeding on June 22, 2011.

2. Debtors' Chapter 13 plan has been confirmed.

3. A hearing on the Trustee's Motion to Dismiss and Debtors' Objection thereto was held on June 28, 2016. The matter was reset to October 4, 2016 to allow Debtors additional time to pay their plan base in full.

4. Debtors' case was dismissed on October 5, 2016 for failure to satisfy the outstanding balance owed on their Chapter 13 plan.

5. Debtors now stand ready to turn over the necessary funds to the Trustee to satisfy the outstanding balance owed on their Chapter 13 Plan.

6. Debtors desire to reinstate their Chapter 13 proceeding and complete their reorganization plan.

WHEREFORE, the Debtor would respectfully request that the Court enter an Order on Motion for Relief from Dismissal Order of said Chapter 13 proceeding and further request all other relief just and proper.

                                                  Respectfully submitted,

                                                  /s/ Mark S. Zuckerberg
                                                  Mark S. Zuckerberg
                                                  Attorney for Debtors
                                                  429 North Pennsylvania, #100
                                                  Indianapolis, IN  46204
                                                  (888)840-0926

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing instrument was sent via electronic notification or by U.S. Mail, postage pre-paid, to the following parties on the 3rd day of April, 2017:

U.S. Trustee

Ann M. Delaney, Chapter 13 Trustee

                                                  /s/ Mark S. Zuckerberg
                                                  Mark S. Zuckerberg